IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Convergence Technologies USA, LLC, | NO. C 10-02051 JW |
| Plaintiff, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Microloops Corp., et al., | |
| Defendants. | |

This case is scheduled for an Interim Case Management Conference on March 7, 2011. On February 25, 2011, the parties filed a Joint Case Management Statement. (See Docket Item No. 64.) In their Joint Case Management Statement, the parties assert that they will be fully prepared for the technology tutorial and Markman hearing which are scheduled for April 15, 2011. (Id. at 4.) In light of the fact that both parties are prepared for the April 15 tutorial and hearing, the Court finds that a Case Management Conference is not necessary at this time.

Accordingly, the Court VACATES the March 7 Conference. The Court will set this case for a future Case Management Conference in its Claim Construction Order, if necessary.

Dated:  March 2, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Chad Joseph Wickman wickman@ptslaw.com
Douglas James Christensen christensen@ptslaw.com
Eric Hugh Chadwick chadwick@ptslaw.com
Joseph J Zito joe@zitotlp.com
Rachel R. Davidson rachel.davidson@klgates.com
Richard Brent Vaught RVAUGHT1@SBCGLOBAL.NET
Timothy Paar Walker timothy.walker@klgates.com

Dated:  March 2, 2011               Richard W. Wieking, Clerk

                                    By:      /s/ JW Chambers
                                          Elizabeth Garcia
                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California