Joseph J. Zito (pro Hac Vice)
ZITO tlp
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
(202) 466-3500 (jzito@zitotlp.com)

Richard B. Vaught (State Bar Number: 112155)
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
877-732-9216 (rvaught1@sbcglobal.net)
Attorneys for Plaintiff
CONVERGENCE TECHNOLOGIES USA, LLC

Eric H. Chadwick (Pro HacVice) (chadwick@ptslaw.com)
Douglas J. Christensen (Pro Hac Vice)(christensen@ptslaw.com)
Chad Wickman (Pro Hac Vice) (wickman@ptslaw.com)
PATTERSON THUENTE CHRISTENSEN
PEDERSEN, PA
80 South 8th Street, Suite 4800
Minneapolis, MN 55402
(612) 349-57401

Timothy P. Walker (timothy.walker@klgates.com)
Rachel R. Davidson (rachel.davidson@klgates.com)
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
Attorneys for Defendants: MICROLOOPS CORPORATION,
THE HEWLETT-PACKARD COMPANY and
DYNATRON CORPORATION

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA IT IS SO ORDERED Judge Edward J. Davila 6/10/2011

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

CONVERGENCE TECHNOLOGIES USA, LLC,
Plaintiff,

v.

MICROLOOPS CORPORATION et al,
Defendant

5 :10-cv-02051-EJD (HRL)

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND RULE 26(F) REPORT

ORDER PERMITTING PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE

**PLAINTIFF'S REQUEST TO PARTICIPATE BY TELEPHONE IN THE CASE MANAGEMENT CONFERENCE SET FOR JUNE 15, 2011**

Pursuant to part V of the Scheduling Notes for Judge Edward J. Davila, counsel for Plaintiff hereby requests to participate by telephone in the case management conference set for this matter on June 15, 2011 at 2PM.

Undersigned lead counsel for Plaintiff is located in Washington DC and will be in a mediation in Miami, Florida on June 14th. In addition undersigned counsel is representing an unrelated client of the firm as a third party deponent in a deposition scheduled in Houston on June 15th. The client is compelled to appear under a third party subpoena, and undersigned Counsel was only recently notified of this deposition date which was arranged by counsel for the parties in the Texas litigation to take the deposition after the close of discovery, shortly prior to trial in the Texas litigation.

The above captioned matter was scheduled for a Claim Construction Hearing on April 15. The claim construction hearing has been fully briefed and the parties are ready to proceed. However, the claim construction hearing was vacated and this matter was reassigned on April 25th. The primary scheduling issue before the Court is the availability of the Court for resetting the Claim Construction hearing.

The parties filed a joint case management conference statement on May 5, 2011. No deadlines are currently in place in this matter.

Plaintiff's counsel therefore respectfully requests permission to participate by telephone to accommodate undersigned counsel's scheduling difficulties.

Respectfully Submitted:

/s/ Joseph J. Zito

Joseph J. Zito
ZITO tlp
1250 Connecticut Avenue, NW
Suite 200
Washington, D.C. 20036
(202) 466-3500
jzito@zitotlp.com

Richard B. Vaught
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
(877) 732 9216
rvaught1@sbcglobal.net

Counsel for Plaintiff
Convergence Technologies

PROOF OF SERVICE

The undersigned hereby certifies that the above **PLAINTIFF'S PARTIES REQUEST TO PARTICIPATE BY TELEPHONE IN THE CASE MANAGEMENT CONFERENCE SET FOR JUNE 15, 2011** is being filed through the CM/ECF System on this 8th day of June 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4. The undersigned is not aware of any counsel or parties who are not authorized to receive notices through the CM/ECF system, therefore, no alternative service has been effected. Executed on June 8, 2011.

/s/ Joseph J. Zito
Joseph J. Zito

**IT IS SO ORDERED:**

Plaintiff's Counsel is directed to contact CourtCall to set up the telephonic appearance for the June 15, 2011 Case Management Conference.

Dated: June 10, 2011

United States District Judge