**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Convergence Technologies (USA), LLC et al, | NO. C 10-02051 EJD  EJD |
| Plaintiff(s), | **ORDER SETTING INTERIM CASE MANAGEMENT CONFERENCE AND *MARKMAN* HEARING** |
| v. | |
| Microloops Corporation et al, | |
| Defendant(s). | |

This Court shall hold an Interim Case Management Conference in the above captioned case on September 16, 2011 at 1:30 PM. The parties shall file a joint case management statement pursuant to Civil L.R. 16-10(d) by September 9, 2011.

This Court shall hold a Tutorial and *Markman* Hearing in the above captioned case on January 3, 2012, from 9:00 AM until 12:00 PM, and from 1:30 PM until 4:00 PM.

Both hearings are currently scheduled to be held in Courtroom 1, Fifth Floor, 280 S. First Street, San Jose, California. The Court anticipates that the hearing will be moved to Courtroom 4 on the same floor; the parties are advised to check the court website or calendar immediately prior to the hearing to confirm the location.

Dated: June 22, 2011

EDWARD J. DAVILA
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Chad Joseph Wickman wickman@ptslaw.com
Douglas James Christensen christensen@ptslaw.com
3  Eric Hugh Chadwick chadwick@ptslaw.com
Joseph J Zito joe@zitotlp.com
4  Rachel R. Davidson rachel.davidson@klgates.com
Richard Brent Vaught RVAUGHT1@SBCGLOBAL.NET
5  Timothy Paar Walker timothy.walker@klgates.com

**Dated: June 22, 2011**                              **Richard W. Wieking, Clerk**

                                                      **By:    /s/ EJD Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**