1  Joseph J. Zito (joe@zitotlp.com)
   ZITO tlp
2  1250 Connecticut Avenue, NW,
   Suite 200
3  Washington, D.C. 20036
   Tel:  (202) 466-3500
4
   Richard B. Vaught (State Bar Number: 112155)
5  rvaught1@sbcglobal.net
   The Law Office of Richard B. Vaught
6  111 West St. John, Suite 500
7  San Jose, CA 95113
   P: 877-732-9216
8
   Attorneys for Plaintiff
9  CONVERGENCE TECHNOLOGIES USA, LLC

10

11 Timothy P. Walker
   K&L Gates LLP
12 4 Embarcadero Center, Suite 1200
   San Francisco, CA 94111
13 (415) 882-8200
   Timothy.walker@klgates.com
14
   Eric H. Chadwick *(Pro Hac Vice)*
15 Douglas J. Christensen *(Pro Hac Vice)*
   Chad Wickman *(Pro Hac Vice)*
16 PATTERSON THUENTE CHRISTENSEN
   PEDERSEN, PA
17 80 South 8th Street, Suite 4800
   Minneapolis, MN 55402
18 (612) 349-5740 main
   Chadwick@ptslaw.com
19 Christensen@ptslaw.com
   Wickman@ptslaw.com
20

21
   Attorneys for Defendants
22 MICROLOOPS CORPORATION
   HEWLETT-PACKARD COMPANY
23 DYNATRON CORPORATION

24                     **UNITED STATES DISTRICT COURT**

25                     **NORTHERN DISTRICT OF CALIFORNIA**

26                              **SAN JOSE DIVISION**

27

28                                        1

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

Joint Request to Participate by
Telephone or Cancel the CMC Set for September 16, 2011
Case No. 5:10-CV-02051-EJD

| | |
|---|---|
| CONVERGENCE TECHNOLOGIES USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROLOOPS CORPORATION et al,<br><br>Defendants. | Case No. 5:10-cv-02051-EJD<br><br>**DATE OF INTERIM CASE MANAGEMENT CONFERENCE: SEPTEMBER 16, 2011 AT 1:30 P.M.**<br><br>Ctrm: 1, 5th Floor<br>Judge: Hon. Edward Davila<br><br>**JOINT REQUEST TO PARTICIPATE BY TELEPHONE FOR THE INTERIM CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 16, 2011** |

**JOINT REQUEST TO PARTICIPATE BY TELEPHONE OR CANCEL THE INTERIM CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 16, 2011**

Pursuant to Civil L.R. 16-10(c) and Part V of the Scheduling Notes for Judge Edward J. Davila, lead counsel for the parties, Eric H. Chadwick and Joseph J. Zito, hereby request permission to appear by telephone at the Case Management Conference set for this matter on September 16, 2011 or to cancel the conference.

The Court scheduled next week's conference to update the Court regarding the viability of ADR options and possible resolution of the case. As detailed in the Supplemental Joint Case Management Conference Statement that will be filed on September 9, 2011, the parties' recent settlement efforts have proven unfruitful and ADR is viewed by Defendants as unlikely in the near term. Thus, it is believed that the conference is unnecessary and should be adjourned. Given this, the fact that lead counsel for Defendants resides in Minneapolis, Minnesota and has a desire to conserve client resources by avoiding the travel expenses that would be incurred for an in-person appearance, and given the fact that lead counsel for Plaintiffs will be in Beijing China, on the 16th, the undersigned respectfully requests permission of the Court to adjourn the conference or to allow participation by telephone at the September 16, 2011 Case Management Conference.

2
Joint Request to Participate by
Telephone or Cancel the CMC Set for September 16, 2011
Case No. 5:10-CV-02051-EJD

1  By: /s/ Joseph J. Zito                          By: /s/ Eric H. Chadwick

Joseph J. Zito
joe@zitotlp.com
ZITO tlp
1250 Connecticut Avenue, NW,
Suite 200
Washington, D.C. 20036
Telephone:  (202) 466-3500


Richard B. Vaught
rvaught1@sbcglobal.net
The Law Office of Richard B. Vaught
111 West St. John, Suite 500
San Jose, CA 95113
(877) 732 9216


Attorney for Plaintiff
CONVERGENCE TECHNOLOGIES
USA, LLC

Eric H. Chadwick *(Pro Hac Vice)*
Douglas J. Christensen *(Pro Hac Vice)*
Chad Wickman *(Pro Hac Vice)*
PATTERSON THUENTE
CHRISTENSEN PEDERSEN, P.A.
80 South 8th Street, Suite 4800
Minneapolis, MN 55402
(612) 349-5740 main
Chadwick@ptslaw.com
Christensen@ptslaw.com
Wickman@ptslaw.com

Timothy P. Walker
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
Timothy.walker@klgates.com


Attorneys for Defendants
MICROLOOPS CORPORATION
HEWLETT-PACKARD COMPANY
DYNATRON CORPORATION


IT IS SO ORDERED.

The parties are permitted to appear by telephone at the September 16, 2011 Case Management Conference.  Counsel shall contact Court Call to set up the appearance.

Dated: September 16, 2011

_____
United States District Judge

---

3

Joint Request to Participate by
Telephone or Cancel the CMC Set for September 16, 2011
Case No. 5:10-CV-02051-EJD

## PROOF OF SERVICE

The undersigned hereby certifies that the above Joint Request to Participate by Telephone or Cancel the Interim Case Management Conference Set for September 16, 2011 is being filed through the CM/ECF System on this 9th day of September 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4. The undersigned is not aware of any counsel or parties who are not authorized to receive notices through the CM/ECF system, therefore, no alternative service has been effected.

Executed on September 9, 2011          /s/     Eric H. Chadwick
                                               Eric H. Chadwick

4

Joint Request to Participate by
Telephone or Cancel the CMC Set for September 16, 2011
Case No. 5:10-CV-02051-EJD