UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONVERGENCE TECHNOLOGIES (USA), LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROLOOPS CORPORATION et al.,<br><br>    Defendants.<br>_____/ | Case No. 5:10-CV-02051-EJD<br><br>**CASE MANAGEMENT ORDER** |

On September 16, 2011, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

1

Case No. 5:10-CV-02051-EJD
CASE MANAGEMENT ORDER

referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Tutorial and Claims Construction Hearing | January 3, 2012 at 9:00 a.m. |
| Designation of Opening Experts with Reports | 4 weeks (28 days) after date of claims construction (<u>Markman</u>) order |
| Designation of Rebuttal Experts with Reports | 8 weeks (56 days) after <u>Markman</u> order |
| Expert Discovery Cutoff | 11 weeks (77 days) after <u>Markman</u> order |
| Fact Discovery Cutoff | 11 weeks (77 days) after <u>Markman</u> order |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | 14 weeks (98 days) after <u>Markman</u> order |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: September 16, 2011



EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."