Timothy P. Walker
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
Timothy.walker@klgates.com

Eric H. Chadwick (*pro hac vice*)
Douglas J. Christensen (*pro hac vice*)
Aaron W. Davis (*pro hac vice*)
Chad J. Wickman (*pro hac vice*)
PATTERSON THUENTE CHRISTENSEN PEDERSEN, PA
80 South 8th Street, Suite 4800
Minneapolis, MN 55402
(612) 349-5740
Chadwick@ptslaw.com
Christensen@ptslaw.com
Davis@ptslaw.com
Wickman@ptslaw.com

Attorneys for Defendants
**TAIWAN MICROLOOPS CORPORATION, HEWLETT-PACKARD COMPANY, DYNATRON CORPORATION, MOLEX INCORPORATED, DYNAEON INDUSTRIAL CO., LTD.; INVENTEC CORPORATION AND HON HAI PRECISION INDUSTRY CO., LTD.**

IT IS SO ORDERED
Judge Edward J. Davila
3/2/2012

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONVERGENCE TECHNOLOGIES USA, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>MICROLOOPS CORPORATION et al,<br><br>          Defendants. | Case No. 5:10-cv-02051-EJD<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR INVENTEC CORPORATION** |

Notice of Withdrawal and
Substitution Of Counsel for Inventec Corporation
Case No. 5:10-cv-02051-EJD

The undersigned attorneys hereby notify the Court and counsel that Defendant Inventec Corporation has retained the law firms of Patterson Thuente Christensen Pedersen, P.A. and K&L Gates LLP to substitute as counsel for the law firms of Wong, Cabello, Lutch, Rutherford, Brucculeri and Lee, Jorgensen, Pyle & Kewalramani, PC in this case.

Dated: March 2, 2012

s/ Aaron W. Davis
Eric H. Chadwick (*Pro Hac Vice*)
Douglas J. Christensen (*Pro Hac Vice*)
Aaron W. Davis (*Pro Hac Vice*)
Chad Wickman (*Pro Hac Vice*)
PATTERSON THUENTE CHRISTENSEN PEDERSEN, PA
80 South 8th Street, Suite 4800
Minneapolis, MN  55402
(612) 349-5740
Chadwick@ptslaw.com
Christensen@ptslaw.com
Davis@ptslaw.com
Wickman@ptslaw.com

Timothy P. Walker
Rachel R. Davidson
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 882-8200
Timothy.walker@klgates.com
Rachel.davidson@klgates.com

Dated: March 2, 2012

s/ Russell Wong
Russell Wong (*Pro Hac Vice*)
Wong, Cabello, Lutch, Rutherford, Brucculeri
20333 State Highway 249
Suite 600
Houston, TX 77070
832-446-2400
rwong@counselip.com

Hemant (Shashi) Hari Kewalramani
Lee, Jorgensen, Pyle & Kewalramani, PC
440 W. 1st Street, Suite 205
Tustin, CA 92780
714-252-6611
shashi@ljpklaw.com

2

**PROOF OF SERVICE**

The undersigned hereby certifies that the above Notice of Withdrawal and Substitution of Counsel for Inventec Corporation is being filed through the CM/ECF System on this 2nd day of March, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4.

Executed on March 2, 2012        /s/    Aaron W. Davis
                                        Aaron W. Davis

1041585