1  TIMOTHY P. WALKER
   K&L Gates LLP
2  4 Embarcadero Center, Suite 1200
   San Francisco, CA 94111
3  (415) 882-8200
   Timothy.walker@klgates.com
4

5  ERIC H. CHADWICK (*pro hac vice*)
   DOUGLAS J. CHRISTENSEN (*pro hac vice*)
6  AARON W. DAVIS (*pro hac vice*)
   CHAD J. WICKMAN (*pro hac vice*)
7  PATTERSON THUENTE CHRISTENSEN
   PEDERSEN, PA
8  80 South 8th Street, Suite 4800
   Minneapolis, MN 55402
9  (612) 349-5740
   Chadwick@ptslaw.com
10 Christensen@ptslaw.com
   Davis@ptslaw.com
11 Wickman@ptslaw.com

12 Attorneys for Defendants
   **TAIWAN MICROLOOPS CORPORATION,**
13 **HEWLETT-PACKARD COMPANY,**
   **DYNATRON CORPORATION, MOLEX**
14 **INCORPORATED, DYNAEON INDUSTRIAL CO., LTD.;**
   **INVENTEC CORPORATION AND HON HAI**
15 **PRECISION INDUSTRY CO., LTD.**

*IT IS SO ORDERED*
*Judge Edward J. Davila*
3/2/2012

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                        **SAN JOSE DIVISION**

19

20 CONVERGENCE TECHNOLOGIES USA, LLC,                     Case No. 5:10-cv-02051-EJD

21                Plaintiff,                              **NOTICE OF WITHDRAWAL AND**
                                                         **SUBSTITUTION OF COUNSEL FOR**
22        v.                                             **INVENTEC CORPORATION**

23 MICROLOOPS CORPORATION et al,

24                Defendants.

25

26

27

28
   Notice of Withdrawal and
   Substitution Of Counsel for Inventec Corporation
   Case No. 5:10-cv-02051-EJD

1  The undersigned attorneys hereby notify the Court and counsel that Defendant Inventec Corporation has retained the law firms of Patterson Thuente Christensen Pedersen, P.A. and K&L Gates LLP to substitute as counsel for the law firms of Wong, Cabello, Lutch, Rutherford, Brucculeri and Lee, Jorgensen, Pyle & Kewalramani, PC in this case.

Dated: March 2, 2012

s/ Aaron W. Davis
Eric H. Chadwick (*Pro Hac Vice*)
Douglas J. Christensen (*Pro Hac Vice*)
Aaron W. Davis (*Pro Hac Vice*)
Chad Wickman (*Pro Hac Vice*)
PATTERSON THUENTE CHRISTENSEN PEDERSEN, PA
80 South 8th Street, Suite 4800
Minneapolis, MN  55402
(612) 349-5740
Chadwick@ptslaw.com
Christensen@ptslaw.com
Davis@ptslaw.com
Wickman@ptslaw.com

Timothy P. Walker
Rachel R. Davidson
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
(415) 882-8200
Timothy.walker@klgates.com
Rachel.davidson@klgates.com

Dated: March 2, 2012

s/ Russell Wong
Russell Wong (*Pro Hac Vice*)
Wong, Cabello, Lutch, Rutherford, Brucculeri
20333 State Highway 249
Suite 600
Houston, TX 77070
832-446-2400
rwong@counselip.com

Hemant (Shashi) Hari Kewalramani
Lee, Jorgensen, Pyle & Kewalramani, PC
440 W. 1st Street, Suite 205
Tustin, CA 92780
714-252-6611
shashi@ljpklaw.com

2

Notice of Withdrawal and
Substitution Of Counsel for Inventec Corporation
Case No. 5:10-cv-02051-EJD

**PROOF OF SERVICE**

The undersigned hereby certifies that the above Notice of Withdrawal and Substitution of Counsel for Inventec Corporation is being filed through the CM/ECF System on this 2nd day of March, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4.

Executed on March 2, 2012          /s/   Aaron W. Davis
                                          Aaron W. Davis

1041585

Notice of Withdrawal and
Substitution Of Counsel for Inventec Corporation
Case No. 5:10-cv-02051-EJD