IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONVERGENCE TECHNOLOGIES (USA), LLC,<br><br>Plaintiff(s),<br>v.<br><br>MICROLOOPS CORPORATION, et. al.,<br><br>Defendant(s). | CASE NO. 5:10-cv-02051 EJD<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO RESET HEARING**<br><br>[Docket Item No. 141] |

Presently before the court is Plaintiff's Motion to Reset the hearing date on Defendant's Motion to Stay this case pending the outcome of patent re-examinations. See Docket Item No. 141. The court previously advanced the hearing date on the Motion to Stay from May 4, 2012, to April 6, 2012. See Docket Item No. 140.

Having reviewed the moving, responding and reply papers filed for the Motion to Stay, the court finds it appropriate for determination without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing scheduled for April 6, 2012, is VACATED. A written decision on the Motion to Stay shall issue in short order. Plaintiff's Motion to Reset is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 2, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:10-cv-02051 EJD
ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO RESET